UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO SHAFFER,                    )<br>          Plaintiff,           )<br>v.                                  )<br>                                    )<br>                                    )<br>CURT BENSON and                     )<br>AMANDA EMME,                        )<br>          Defendants.          )<br>                                    ) | No. 1:22-cv-1220<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 8, 2023                                    /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge